IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| STEPHANIE DIXON, | ) | CV 16-00110 DKW-KJM |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |
| STATE OF HAWAII, DEPARTMENT OF EDUCATION, | ) | |
| Defendant. | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on June 20, 2018, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant in Part and Deny in Part Defendant's Bill of Costs" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: July 10, 2018 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge